UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 122-11 |
| | ) | |
| | ) | JUDGE AMY ST. EVE |
| LAQUINTA MOFFETT | ) | |

MAGISTRATE JUDGE VALDEZ

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the superseding information returned in the above-captioned case.

Respectfully,

FILED
AUG 13 2009  NF
8-13-09
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Terra L. Brown
TERRA L. BROWN
Assistant U.S. Attorney
(312) 353-3148